FILED

JUN 1 2 2007

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W07CR107** |
| Plaintiff, | * | |
| | * | INDICTMENT |
| V. | * | [Vio: COUNT ONE: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A)(ii)} – Conspiracy to Possess With Intent to Distribute at Least 5 Kilograms of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT TWO: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(ii)(II) – Possession With Intent to Distribute at Least 500 Grams of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT THREE: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; COUNT FOUR: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon; COUNT FIVE: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(ii)(II) – Possession With Intent to Distribute at Least 500 Grams of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT SIX: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; COUNT SEVEN: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon] |
| KENNETH ERIC WATSON (1), | * | |
| Defendant | * | |

THE GRAND JURY CHARGES:

### COUNT ONE
[21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A)(ii)}]

Beginning in or about February, 2006, the exact date unknown, and continuing until on or about July 13, 2006, in the Western District of Texas, Defendants,

**KENNETH ERIC WATSON,**
and

and others both known and unknown to the Grand Jury, did unlawfully and willfully combine, conspire, confederate and agree together and with each other and others to possess with intent to distribute a controlled substance, which offense involved at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(ii), and in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. 841(a)(1) & 841(b)(1)(B)(ii)(II)]

On or about June 28, 2006, in the Western District of Texas, Defendant,

**KENNETH ERIC WATSON,**

unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved at least five hundred (500) grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II).

## COUNT THREE
[18 U.S.C. 924(c)(1)(A)(i)]

On or about June 28, 2006, in the Western District of Texas, Defendant,

**KENNETH ERIC WATSON,**

did knowingly possess at least one of the following firearms, to-wit:

A Bushmaster 223 pistol, bearing Serial Number 0598;
A Hi-Point, model C-99, 9mm pistol, bearing Serial Number P1263960;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: Possession With Intent to Distribute at Least 500 Grams of Cocaine, a Schedule II Narcotic Drug

Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II),

all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT FOUR
### [18 U.S.C. 922(g)(1) & 924(a)(2)]

On or about June 28, 2006, in the Western District of Texas, Defendant,

### KENNETH ERIC WATSON,

being a person who had been convicted of the following crime, punishable by imprisonment for a term exceeding one year, to-wit:

> On November 19, 1993, KENNETH ERIC WATSON was convicted of *Possession With Intent to Distribute Crack Cocaine, a Schedule II Narcotic Drug Controlled Substance*, in the United States District Court for the Western District of Texas, Austin Division, in Cause Number A-93-CR-132;

did unlawfully and knowingly possess at least one of the following firearms, to-wit:

> A Bushmaster 223 pistol, bearing Serial Number 0598;
> A Hi-Point, model C-99, 9mm pistol, bearing Serial Number P1263960;

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE
### [21 U.S.C. 841(a)(1) & 841(b)(1)(B)(ii)(II)]

On or about July 13, 2006, in the Western District of Texas, Defendant,

[REDACTED]

unlawfully, knowingly, and intentionally did possess with intent to distribute a controlled substance, which offense involved at least five hundred (500) grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II).

## COUNT SIX
### [18 U.S.C. 924(c)(1)(A)(i)]

On or about July 13, 2006, in the Western District of Texas, Defendant,



did knowingly possess at least one of the following firearms, to-wit:



in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: Possession With Intent to Distribute at Least 500 Grams of Cocaine, a Schedule II Narcotic Drug Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II), all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVEN
### [18 U.S.C. 922(g)(1) & 924(a)(2)]

On or about July 13, 2006, in the Western District of Texas, Defendant,



being a person who had been convicted of the following crime, punishable by imprisonment for a term exceeding one year, to-wit:



did unlawfully and knowingly possess at least one of the following firearms, to-wit:

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

4

A TRUE BILL:

_____

JOHNNY SUTTON
United States Attorney

**SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002**

By: _____
SHELLY STRIMPLE
Special Assistant United States Attorney

SEALED _____
UNSEALED  X

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**W07CR107 (1)**

DATE: 06-12-2007     MAG CT. # _____     CASE NO. _____
COUNTY: BELL

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY     SHELLY STRIMPLE

DEFENDANT: KENNETH ERIC WATSON (1)     DOB: ███

CITIZENSHIP:          United States  X     Mexican _____     Other _____
INTERPRETER NEEDED:  Yes _____     No  X     Language _____
DEFENSE ATTORNEY: _____
DEFENDANT IS:   In Jail  NO     WHERE: _____
                On Bond  NO

PROSECUTION BY:     INFORMATION _____     INDICTMENT  X
OFFENSE: (Code & Description) COUNT ONE: 21 U.S.C. 846 [21 U.S.C. 841(a)(1) & 841(b)(1)(A)(ii)] – Conspiracy to Possess With Intent to Distribute at Least 5 Kilograms of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT TWO: 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(ii)(II) – Possession With Intent to Distribute at Least 500 Grams of Cocaine, a Schedule II Narcotic Drug Controlled Substance; COUNT THREE: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; COUNT FOUR: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon

OFFENSE IS:     FELONY  X     MISDEMEANOR _____

MAXIMUM SENTENCE: COUNT ONE: Not less than 10 years or more than life; $4,000,000 fine; $100 special assessment; at least 5 years TSR; COUNT TWO: Not less than 5 years nor more than 40 years custody; $2,000,000 fine; $100 special assessment; at least 4 years TSR; COUNT THREE: Not less than 5 years **MANDATORY to run consecutively to any sentence received in any other count**; $250,000 fine; $100 Special Assessment; not more than 3 years TSR; COUNT FOUR: Not more than 10 years; $250,000 fine; $100 special assessment; not more than 3 years TSR

PENALTY IS MANDATORY:     YES concerning:
                          Special Assessment and TSR

REMARKS: ███