UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
F I L E D
February 12, 2010
Charles R. Fulbruge III
Clerk

No. 08-50852
Conference Calendar

D.C. Docket No. 6:07-CR-107-1

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

KENNETH ERIC WATSON,

    Defendant - Appellant

FILED
MAR 1 0 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Appeal from the United States District Court for the
Western District of Texas, Waco

Before GARZA, DENNIS, and ELROD, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: 0 8 MAR 2010

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy  8 MAR 2010

New Orleans, Louisiana

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
February 12, 2010
Charles R. Fulbruge III
Clerk

No. 08-50852
Conference Calendar

---

UNITED STATES OF AMERICA,

            Plaintiff-Appellee

v.

KENNETH ERIC WATSON,

            Defendant-Appellant

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:07-CR-107-1

---

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

 The attorney appointed to represent Kenneth Eric Watson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Watson has filed a response. The record is insufficiently developed to allow consideration at this time of Watson's claim of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when [it] has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v.*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*Cantwell*, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Watson's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Watson's requests for the appointment of new counsel and for leave to file an untimely pro se brief are DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.