W-07-CR-107 (1)

To: Honorable Judge Walter Smith

From: Kenneth Eric Watson Reg. No. 60682-080

Re: <u>Motion for time reduction</u>.

FILED

NOV 16 2015

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

   Here by Comes: Kenneth Eric Watson respectfully requesting 2 level Downward Departure Based on New Law change.

Kenneth Eric Watson
Reg. No. 60682-080

KENNETH E. WATSON #60682-080
P.O. Box 150160 - U.S.P. ATLANTA
ATLANTA GA. 30315

⇔60682-080⇔
Judge Smith
Co/U.S. Attorney
800 #280 Franklin AVE
WACO, TX 76701
United States