# UNITED STATES DISTRICT COURT
для the
Western District of Texas

United States of America
v.
KENNETH ERIC WATSON

Case No: W-07-CR-107 (01)
USM No: 60682-080

Date of Original Judgment: 08/19/2008
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

```
Because of the amount of drugs attributable to Defendant, his
guideline range under the latest retroactive amendment is the same
as at the time of sentencing.
```

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/24/15

Judge's signature

Effective Date: _____
*(if different from order date)*

Walter S. Smith, Jr., United States District Judge
*Printed name and title*