①            I'm sending this to Austin Tx,          11/11/18
             I Do not trust Waco Tx. Court.

To: Judge Pittman

From: Kenneth E. Watson
      62682-080

Re: Motion for Relief on New grounds, New And with held evidence,
Gross Negligence, IAC, Judicial And Prosecutorial Bias And
malice, Any And All Applicable grounds and Motions of Relief,
Reduction, vacate And Remanding, As well, new hearing that
This Motion, Accusation, evidence And facts support By Law
or Fair Consideration, Rather plainly stated or Judicially
interpreted

        Judge Pittman,
                For the Past 2 yrs 6 months I
have been lied to By Stephanie Burris And Attorney Phil
Martinez. I was told in April 2016 By Phil Martinez
that Stephanie Burris had Agreed And signed off on me
A Special Review for A Sentence Reduction Based on the
facts I Am now presenting directly to your court
By Phil Martinez counsel he Advised me to mail
this packet to Stephanie Burris directly in June
2016 to Aid in my Review of facts And new e₁
I did And in or About August of 2016 Ph

Advised me that the Review And Packet was sent to
SAnAntonio to Stephanie Burris Boss, Along with
my whole file for A Denovo Review. He later
stated that It WAS turning Into An Investigation into
my Allegations And that Stephanie Burris told him that
She had nothing to do with how much time I was getting
off my sentence But that Most surely that I
HAd solid grounds And was getting relief But that
She would only Be Involved if It WAS A Resentencing
or whole new re hearing. I have wrote her directly
5 or 6 times in 2½ years About the Review - Investigation
And She hAs Responded VIA Phil MARtinez to each
Letter By saying Its still pending or She would
get me something in Writing through Phil MARtinez
when She CAn. I wAs Also told the Reduction or
sentence ChAnge would Be either By BRinging me
BACK or without BRinging me BACK. Phil MARtinez
hAs hAd me cAlling him Every Week for 2½
yeArs bAiting me with Meetings with StephAnie
in RegArds to my Review And Sentence Reduction.
Sept. 10th He told me that He met with StephAnie
And she gAve him the feeling my Review And
Resentencing wAs not going to happen, that It wAs
subjective to Attorney GenerAls.
                    I hAve him on Record telling me that

I emphatically was getting my sentence changed And that The Way Judge Walter Smith handled my case was Illeall And Unconstitutionally done And that the D.O.J. had ordered the lower Court to Investigate And look into It. And that Stephanie Burris Had to hand over my whole files to SanAntonio. I am in Federal Prison All of My Phone Calls Are Recorded And Stored. I have asked S.I.S. hear can those phone calls be retrieved And they say that "Yes" they can, but only By Court Order. I Am putting my Honor And Freedom on the facts of these calls Between Me And Phil Martinez over A 2½ year period/weekly/ not to mention his vocal promise to represent me In this Matter, And his constant refference to Words said And Messeges sent VIA Stephanie Burris In regards to Me, My Letters, My Case, My Review.

I have Always felt Phil sold me out And was IAC, but I gave him the Benefit of Doubt And Trust, But If A Man Can lie on A U.S. Attorney And the facts of A Review, Meetings, Messeges And Reductions Post Convction I question his honor to his oath Pre-Convlction. Either She Lied to him, or he lied on her or they Both Conspired to In house my Motions, Accusations And New Evidence until A time when Statve of Limitations ran out. Either Way the Paper trail to the crime And cover up is in the Transcripts of My weekly calls to Phil Martinez

④

At the office over A 2½ year Period 234-776-9700 from U.S.P. Atlanta.

Read My Transcripts And My Letter to the D.O.J. And Pardon Attorney And Now You. I Am not A liar. You can Help me or dismiss Any Idea of Proper Consideration or Review for truth or Relief on the Basis of my integrity. "Yes" I sold drugs But outside of that I Am Honorable. Facts And Truth Are real And immutable Rather Liberating or Convicting. And though I have been Accused of crimes other than selling Drugs, Selling Drugs is All I'm guilty of. Truth has to Be Glorified And Justice served.

I wrote you Asking for discovery in regards to the Review for Sentence Reduction that Phil Martinez And Stephanie Burris had me Believing for 2½ years. While holding my motions And evidence on An off the Grid Litigational closet. The Packet I'm Sending you I sent to Stephanie Burris minus A few updates, And I thought or was told the Court was involved But She never turned them over to the Court As she should have. My files was Removed from your court for 2yrs. I can't Trust what was done or Connected in that Time.

I Beseech your Help And Consideration in All Matters.

Thank you Kennett West

Your Honorable Judge Pittman,

Before taking any Action on this motion of Relief I ask you to consider every thing in its entire scope and Implications, as well, these Last points.

For a total of 11 yrs I have perfect Conduct in Prison. I have programmed hundreds of hours and taken about 20 classes. I started off at a Level 7 max Pen when I came into the Federal System My fist 2 yrs 5 months went toward my state Parole, because when the CTTF arrested me they were state and booked me for what their jurisdiction empowered them to and that was for a Parole Violation, yet these same Agents were the sole Agents on my state and Federal Case, working the case on Both sides of the Jurisdiction Line. I made my First State Parole Into Federal Custody for good conduct. I was sent State After being sentenced Federally And during my Appeal time I was in State Custody Being shipped from Prison to Prison with no contact with my Federal Appeals Attorney or Federal Statue Legal Books to research. One day my mail catches up to me and its Briefs with an Anderson Brief claiming frivolity and a request to Be dropped from the case. When I got to Federal Custody my Appeal was over.

I know the State Covered up all of their illegal conduct by turning the Case Federal and the then Prosecutor and Judge Walter Smith did not vet the case and the state Conduct, so the warrant they used to go into Ernest Smith Father House never got questioned, the date changes, side deals with Ernest for his statement on me never

Key Point of Jurisdiction

got questioned, the omission of his Father and Brother never got questioned, The Statements They made about Me or Not About me never got questioned or Put on Record. My Co-defendents Father and Brother get arrested ~~and change~~ for drugs one day Before my co-defendent gets charged for drugs But (get they) charged one day After they close the 2 man Conspiracy And a Federal Prosecutor and Judge missed this? Not to mention their Arrest and Statements wiped from ~~a~~ Federal Records and my case and Knowledge. Yet the same Agents that Made those Arrest, changed those dates, were the sole Agents over the Case on Both sides of the Jurisdiction line.

Further More No Plea offer then they create a Fake 2 Man Conspiracy Charge and attach it to 3 counts I did do, And tell me to Fight the Conspiracy I have to take All 4 counts to trial. Forcing me to exponentially Aggravate 3 counts I Am guilty of, to fight one gratuitous Conspiracy Charge. Thats a lose-lose. If I did ~~do~~ prove the Conspiracy False, I still end up with Life for taking the 3 charges I Know I committed to trial. They were Firm No deal, All or Nothing. So I Plead For that Reason And At Sentencing went on Record stating I was not guilty of Conspiracy.

When I did find out About Earnest Father And Brothers Arrest And the time line And date Changes, I Let Phil Martinez Know And the P.O.J. Pardon Attorney, 3 months Later is When Phil Tells me Stephanie has granted me A Review And to mail Any Addendums to her And that he had

given her All he had and that Because of Judge Walter Smith, San Antonio was doing the Review and Heading the Investigation and my Files were removed and secured from the Waco Court. 2½ years of Everything he has said and Repeated that Stephanie has said is on Phone Records. By Honor And Ethics He nor she can misrepresent the Court privately or officially. They misled me for 2½ yrs And delayed my and new Evidence And request for relief as well as had me under the impression that My court Process And Review was being Handled in SanAntonio By A Chief Judge in Some Appeal Process. All of this is verified in And through our Phone Records. Phil even told me that Stephanie pulled progress reports on Me twice during this process of Review.

He promised to represent me. to make right A wrong that he said he had no power to Under Judge Walter Smith. 2½ yrs of Weekly calls And Interaction with Stephanie Burris on my Behalf, meetings, e-mails And conversations between them And verbal commitments and document exchanges prove And support His verbal obligation to represent me in this matter, And his Actions And Interactions further support effort. So He misrepresented the Court or Stephanie misrepresented the court. ~~████████████~~ Phone Records will hold him verbally Accountable to the Court And Myself And He will Hold stephanie Burris's Accountable for And By what he is on Record stating She said to him About my Review & Case

The offense that I petition for consideration to be commuted is my Conspiracy charge and my 2 enhancements of Leadership Role and Obstruction of Justice along with my denied 2pt reduction for acceptance of responsibility, after pleading-out rather than refuting all charges at the expense of trial. I use the phrase plead-out rather than plea-bargaining because no bargaining for lesser charges was offered, my plea was an open plea. I plead guilty to a (two) man conspiracy to possess 5 or more Kilograms with my co-defendant Ernest Smith III, a person that I never discussed drugs with or ever sold any drugs to; I only casually knew him and not in the context of this said charge. I plead guilty to counts 2, 3 and 4 whole heartedly knowing and accepting my consequence but as my transcripts will reflect I could not in good conscience silently embrace the false narrative of the conspiracy between me and Ernest that the Prosecutor was attempting to paint with last minute impromptu touches before sentencing. I only plead guilty to count #1 the conspiracy charge out of fear of a looming life sentence as a result of not proving my truth at trial, and for the fact that the definition of conspiracy is so vague and the scope of it is all consuming.

As to the full extent to my involvement goes as such, I sold drugs, I was not a street seller, I bought and sold Kilograms of cocaine. I owned a home and a few small businesses. One of my businesses was an Urban Clothing Store for both men and women. My then manager relocated to another city, so I let it be known that I was looking for a Qualified replacement. A longtime friend to whom I also sold drugs suggested that I hire his associates girlfriend whom at the time was going to college for Business Administration. I eventually hired her, and as a result was casually introduced to her boyfriend, my now sole co-defendant Ernest Smith III. We were introduced and that was that, we never established a personal or business relationship. I only saw him maybe once or twice when he came by the store to pick up his girlfriend while by chance I happen to be at the store but nothing more than that, only exchanges of Hello. My store had full security surveillance on DVR which supported our almost non interaction. My home had 24 hr. DVR surveillance which held 2 yrs. of constant video surveillance which proved that he did not know me well enough to ever be seen at my home or better He nor his girlfriend had ever been to my home Let Alone knew where I lived until After the fact of my High speed chase with police which sparked the investigation on me.

A few months after I hire Dominique Grey his girlfriend, I get into a highspeed chase with police while in possession of 1 Kilo and 1 or 2 teaspoons my truck I get away on foot abandoning my truck and stashing the 1 Kilo

And weapons in some near by bushes. I Flag down An unassuming passer-by And pay him $400 for A ride. While in transit I call my longtime friend whom I do sell drugs to inform him of the current urgency to meet me pronto at Putt-Putt the location I was being dropped off at. When my friend arrives he has Ernest Smith trailing him in A seperate car, He later informs me because they had been together when I called him. I explain to my friend Dana Powell in detail what had just happen and that I couldn't go home or to the store and because the police would trace my plates And I.D. And get those addresses so I needed A safe spot to Lay Low until I could get A few personal items and get out of town. I also told him to go to my home and get me some clothes & money before the police got there. He left me in his car and went to Ernest Smith car and talked to him and Ernest suggested that I Lay Low at his Dads Apt. for A night, so I got into the car with Ernest while Dana Powell went to my home to get my personals. Ernest takes me to his Fathers Apt. And takes me to his brothers bedroom And tells his brother to let me chill in his room for the night. Ernest then Leaves to where he then Lived with his girl And my employee Dominique Gray. Unknown to me Dana calls And Picks up my cousin Marcus M°eowen to ride with him to my home, they get pulled over by police and undercovers After Leaving my home, they were detained, questioned and let go After being searched And relieved of some Items deemed evidence. (This was mentioned in my appeal briefs by the Prosecutee). They called me

To inform me of what had occurred and that they would bring what they had the next day. I called Dominique that night and ask her to start packing up the clothing store the next morning starting with my personal papers and computers. The next morning Ernest showed up at his Fathers Apt. I ask him to drive me to one of my storages so that I could get my safe. He did this and dropped me and my safe back at his Fathers Apt. I ask Dana to rent a U-Haul and go pack up my home. He gets Ernest to rent the U-Haul and ask him to help him pack-up ~~move~~ my home along with a few of my family members. The police refuse to allow them access to my home, even goes so far as putting super glue in the locks of both my home and clothing store after they had taken what they wanted for evidence and seizer. They traced the U-Haul to its company then obtain the name and address of the renter which led them to serving a warrant at the home of Ernest Smith Sr. Ernest Fathers Apt. (Both Ernest Smith Sr. and Ernest Smith III share the same name) so the investigation and warrants had an ambiguous benefit that ~~convoluted~~ encompassed the family rather than an individual. Up until the warrant was served on the address of Ernest Smith Fathers Apt. Ernest had not committed a crime to substantiate a warrant. I had spent the night there and had a girlfriend come and pick me and my safe up the following day. I left Killeen Tx. never to return with in 24 hrs. of the high speed chase.

In my absence of the city Dominique is packing up the clothing store. Dana, Family members and Ernest Attempt to pack my house but are threatened and harassed by Police and Task Force who are staking out my home to the point of fear and intimidation, so everyone aborts the Attempt. The Task Force traces the U-Haul to Ernest, then obtains a search warrant under some investigatory premise and serves a search warrant at Ernest Fathers Apartment, where they obtain 300 grams of Powder Cocaine and some MDMA. [ I refer you to what is labled Exibit #A pg 2 and Exibit #B pg 2 ] They Arrest Ernest Smith Jr. 69 And Jermaine Smith 22, the Father and Brother of my co-defendant Ernest Smith III. They Also obtain paper work And Keys to a recently obtained storage. They obtain A warrant to search and found 1 Kilo And some weapons Along with paperwork and computers from my clothing store. Dominique had ~with my name on it.~ instinctly called upon her boyfriend to help her remove the paper work & computers from my store, And he took them to his personal storage. The Storage was in his name, the Storage Security cameras showed And proved that only he had Accessed the storage And that I had never been there, but with paper work with my name on it that belonged to me in the storage that put me there personally in their eyes And Ambitions.



# Police searching for Harker Heights

## man Posted On: Tuesday, Jul. 18 2006 12:00 AM    SHARE

NEW EVIDENCE pg. 2

**By Jimmie Ferguson**
**Killeen Daily Herald**

A 33-year-old Harker Heights man was still being sought Monday in connection
with several suspected drug cases involving cocaine valued at nearly $200,000
on the street, said a spokesman for the Central Texas Narcotics Task Force.

**Kenneth Eric Watson**, aka "Weasel," should be considered armed and
dangerous, and the public is cautioned not to approach him, said John Moseley,
assistant commander of the task force.

**Watson** has been on the run from law enforcement since June 28, when
members of the Central Texas Narcotics Task Force recovered approximately
2.2 kilograms of cocaine, a pound of marijuana and two firearms in the 100 block
of Old Nolanville Road in Nolanville, Moseley said.

This occurred after the Task Force responded to a request from the Harker
Heights Police Department following a vehicle pursuit, in which the driver,
identified as **Kenneth Eric Watson**, had fled the area prior to officers' arrival,
Moseley said.

"Witnesses placed **Watson** at the scene and in possession of the narcotics,"
Moseley said. "**Watson** had apparently abandoned his vehicle, the drugs and
firearms after fleeing Harker Heights police in the vehicle.

"The seized cocaine in this incident has a street value in excess of $82,000,
while the marijuana seized is valued at $1,280," Moseley said.

Moseley said the Bell County District Attorney's office reviewed the case and

issued an arrest warrant charging **Watson** with possession of more than 400 grams of cocaine.

The investigation into the criminal activities of **Watson** continued, the drug agent said.

At 3:30 p.m. Thursday, a search warrant was executed at a storage facility in the 4600 block of East Rancier Avenue in Killeen, where officers recovered an additional kilogram of cocaine, as well as three firearms and property valued at approximately $7,500. ~

The investigation led members of the Task Force to obtain a search warrant that was executed at 1:30 a.m. Friday at an apartment in the 1700 block of Bent Tree Drive in Killeen. This warrant was executed with the assistance of the Killeen Police Department's Organized Crime Section and Tactical Response Unit. Subsequently, approximately 300 grams of cocaine was seized and two arrests were made – Ernest Smith, Jr., 69; and his son, Jermaine David Smith, 22, who were later charged with possession of cocaine more than 200 grams. The cocaine recovered in this incident has an approximate street value of $24,000, Moseley said.

To date, Moseley said officers of the task force have seized more than 2,300 grams of cocaine, 550 grams of marijuana, 35 milligrams of codeine syrup and a small quantity of MDMA or ecstasy in connection with this investigation. These narcotics have a total street value in excess of $188,000. Additionally, officers have seized approximately $25,000 in cash and approximately $83,000 in property.

The task force has served eight search and seizure warrants and continues its search for **Watson** with the assistance of the Harker Heights Police Department, the Nolanville Police Department, the Killeen Police Department and Bell County District Attorney's office.

The task force is requesting the assistance of the public and Killeen Area Crime Stoppers in locating **Kenneth Eric Watson**. **Watson** is described as being 5-feet-7 at 170 pounds with brown hair and brown eyes.

Anyone with information concerning **Watson**'s whereabouts is asked to contact the Central Texas Narcotics Task Force at (254) 774-9978 or Killeen Crime Stoppers at (254) 526-8477.

A storage that I neither had Knowledge of or Ever Accessed became the corner stone of their Ability to build or create A Conspiracy Case between me And "Anyone", that Anyone just happened to be Ernest Smith III, whom I have never sold drugs too or discussed drugs with. The only possible conspiracy between me And Him was to give me An overnight stay until I could get my things And get out of Town. Under normal circumstances the Truth would have prevailed but three things undermined impartial prudence to the Factual outcome And that being An under the radar history that had surmounted to A simulance of success, Evading capture under the nose of Authorities And Ernest Smith III's Father And Brother being Arrested And used As A bargaining chip to influence Ernest Statements to construct A Fabricated conspiracy to justify their desired End. I had evaded them for 10 months And in that time they used the Arrest of Ernest Father And brother to upgrade the charges on me to fit the time scale they deemed proper. To them mere possession of 1 kilo and A weapon would not suit their desired scale so they tilted the scale themselves And Below I will make my case by Highlighting several Unethical practices done in the Investigatory phase that proves or brings into question Investigatory misconduct that manipulated the evidence and

cleverly influenced the sentencing scale of my case. Let me state that this investigation was not Federally induced or mannered in tactics, this case was solely handled at a State Level By the Central Texas Task Force and manipulated on that level for almost a year before being turned over to a Federal Prosecutor. Killeen Tx. Investigates its own and prepares its own Federally deemed cases and turn them over to the Federal Agency in Waco Tx. to Prosecute. So their is no Federal oversight to ensure Federal integrity in the investigative process. They make their own endings.

Yes I have sold drugs to Dana Powell, He is the only individual named or listed whom I have ever sold drugs to. Dana Powell most likely had an illegal relationship with Ernest Smith III but I never have discussed a deal or sold him any drugs. Thats a true statement, at this stage I am sentenced and have no benefit in retaining that position in the Face of potential Compassion, when already deemed guilty and consequenced. An active outcome reflecting condemnation of guilt, unless my desire for justice by way of the truth out weighs my fear of consequence. I am openly asking for Mercy 35 years or 420 months is numerical Life sentence and is excessive for Poss. of 1 Kilo and 2 unbrandished weapons.

This sentence Alone has Awaken me to the folly of my prior life choices And course And I now strive to do better and earn a living honestly but I would lastly like to be sentenced Honestly by my personal Actions And not by a pick your own desired outcome Investigatory process that Influentially calibrates changes and Enhancements to the tune of their personal and hypercritical desired outcome, EVEN ~~that~~ At the expense of Risking the merit And Integrity of the Investigative process and ultimate conviction Because its truth and natural standards fall short of the desired sentencing scale.

If you look At my case objectively you will see the desperation And unjustified intent to hyper extend both counts 1 & 2 to their limits by any means with no stand out extra ordinary element of the crime or Individual to warrant or justify A maximum prejudice by the court. The Judge reflects A maximum prejudice wasn't warranted or supported By the court by sentencing me to the bottom of my structured guidelines which was 360 months for both count 1 & 2. This shows and proves that the maximum prejudice
resided in the structure of the case And guidelines which reflect that the <u>Framework of the</u>
mental tone of the Investigators ~~preer~~ preparatory ambitions far Reached Any Judiciary Accelerant At sentencing. Even my 2pt Acceptance ~~of responsibility denial was said to be upheld because of my 2pt obstruction of~~

Justice enhancement And not because of Any other reason. Even my enhancements were designed to hyperextend my sentence beyond normal scope. No Plea offer, They insert 5 Random names none of whom gave supporting statements or Are even Indicted, As supporting cast In order to give me the maximum 4pt. Enhancement for Leadership Role. My PSI doesn't even mention them as Active involvement in my drug Activities. They turn An Evading Arrest and Identity theft into A 2pt. Obstruction of justice that interns makes me ineligible for my 2pt. Acceptance of Responsibility when I did Plea-out. I reiterate that no Federal Agent was involved in or with this Investigation or the preparatory structuring of charges. The States Central Texas Task force Investigated and prepared the charges that they would turn over And Request the U.S. Attorney to prosecute and Indict. In this manner the Federal Government was used As the extended will of the State, the apparatus of ~~unequalled~~ unethical investigative practices, over zealous biasness in standards and method of structuring the Framework of charges. My case And point:

Both Myself And Ernest had seperate possession cases of equal prosecutorial depth. Our indictments mirror one Another EVEN outside of ~~the conspira~~ the conspiracy charge. Counts 2,3,4 Are sufficient for A significant sentence. Possession of 1 Kilo And An unused, unbrandished weapon is not An extra ordinary case in Any Federal District. There was not Any Literal act of violence Against Any Police official, Agent, witness or person, No Attempt to Influence or Intimidate the Result of the Investigation At Any point.

So I ask, what was the purpose of Count 1, The Conspiracy charge?
Conspiracy Charges are usually reserved to achieve 2 main goals. 1) To Broaden
the range of arrest and convictions on committed crimes by showing or proving
a structure of criminal activity and lineage with far reaching unilateral
intent with organizational prowess. 2) To encompass an organization or
individuals of an organization who are affiliated but not otherwise connectable
or indictable lest a implication of knowledge and mutual intent is exposed.
Either way the purpose is to Broaden the scope of convictions by creating a domince
effect by the indictable implicating the otherwise non-indictable.
What was the intent of creating the Conspiracy Charge if it did not Broaden the
scope prosecutorial scope beyond a Two man Indictment on Two already changed
and indicted individuals? Malice! Both Earnest and myself were both changed
and indicted on seperate possession charges of 1-Kilo and weapon. Investigators
creating a Conspiracy that would not exceed a two man Conspiracy served no purpose
to the Gouernment if it didn't Broaden the scope of convictions, especially when
the standing charges and criminal History combined to exponentialize the
sentencing range to an acceptable outcome. Infact in their over zealous efforts
to create a Conspiracy with the sole intent to give me a sentencing range of Life
They did the opposite of Broaden the scope of convictions they Lessoned it
By using the arrest of Earnest's Father and Brother and the ~~possible~~ as

Threat in the guise of an (within the scope of their discretion) Proffer to either admit or omit his father and Brother from Federal Prosecution by ending the federal Investigation the day before their arrest. ~~in the form~~ Under the duress of this dilemma the statements were ~~found~~ made that formed our 2 man conspiracy; And as a result of the desired outcome our Federal Conspiracy ended July 13 2006, the day Ernest was charged with his possession case, which happen to be both ironic and conveniently (one day) before his father and Brother was charged with possession of 300 grams on July 14, 2006 in connection with this investigation. [I refer you to the papers lablled Exhibit "A pg.2] Yet their charges was both left and settled on the State Level and they were omitted from federal charges of Conspiracy with Ernest and Myself, yet Ernest only implicated me and himself.? And whats more troubling is that the investigators was satisfied with such a strategically convenient and intentionally precise implication without any Additional collateral complementary or assets beyond what was already charged. Why pay or proffer 2 assets for a Conspiracy Charge on 2 already charged assets, unless there was never a conspiracy element provable or factual and what existed was merely a perfect storm of circumstantial coincidence that the prejudice and over-zealous ~~nature~~ desire for the maximum punishment caused 2 state Task Force Investigators with no true ~~federal oversight to exploit and manipulate the case circumstances around the~~

the case, And ultimately sentencing guidelines into their own desired outcome for A particular case or suspect. Investigators Are suppose to be Facilitators of Justice, not orchestrators of Justice. The Facts And circumstances should not be bargained, manipulated or Ransomed because the standing charges do not satisfy the desired out come of Investigators or Prosecutors, they should settle where they settle, but if Ransoms and Bargains Are made they should serve and benefit the cause of Justice not Investigatory hard-ons and Passions for Individual suspects sentencing scale. Since the deal to omit Ernest Father & Brother was made on the state level or phase of the Investigation it made the proffered suspects selective prosecution, the deal if Any should have been made in the jurisdiction of the ultimate targetted prosecuting Entity. With their Arrest being in connection with the investigation, but names and Arrest being omitted from my Federal Knowledge, Discovery or PSI And with the close Relation to my Co-Defenders they denied me Access to them, their statements etc. Which could have been in contrast with supporting the statements of Ernest Smith III depiction of the extent of our interaction to the point of A conspiracy. If any one could support or refute Ernest his Father and Brother would Have that knowledge. Evidently their statements conflicted with Ernest concerning me and his drug activity for them to omit them from Federal Prosecution and

hence exclude their statements ~~from record~~ *And Arrest* From Federal Knowledge And

Records. No where in Our Federal case Are Ernest Father & Brother Are mentioned for benefit or damage, And they was Arrested in connection with this Investigation Yet my niece, cousin and girlfriend who whom was not Arrested or found to be in connection with my drug activity names were used to make up the 5 people needed to give me the 4pt. Enhancement for Leadership role. I I attack this in my Argument direct Argument that is in type I.

The result of the Conspiracy is a 2 man Indictment that spands 5 months back from the day they end the Conspiracy and contribute 20 Kilo grams As Relative conduct in the 5 month period, Between me And Ernest. Look at Ernest's seizers which Are none, Assets which Are none, credit etc and surmise if this individual had Access And the capability to more or sell 20 Kilo's in a 5 month period, he would have had something to take By way of seizer and far more to proffer By way of Conspiracy by way of his clientele Alone. I was failed By my court Appointed Attorney, I was a victom of my own Ignorance of Law and inability to Articulate my own ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ I was further failed By my court Appointed Appeals Attorney. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ And Am here And now Humblely Asking ▆▆▆▆▆▆▆▆▆▆▆ For ▆▆ Diligent And comprehensive consideration of Any Presented or Conceivable

grounds that would justify or support A Time Reduction or Commutation of sentence, And If All else ~~elude~~ Eludes your Legal Knowledge, common sense, or pratical judgement that my case was not extra ordinary to warrant such Aggressive tactictical structuring And was so executed unjustly, I then Ask for Mercy And Compassion under the current Bi-partisan Ethos that the criminal justice system and mandatory minimum sentencing scale is unfair, extreme And over compensating on drug crimes.

Humblely submitted,

Kenneth ~~this~~

**Count 1:** Conspiracy to Possess with intent to distribute at-
least 5 kilos of cocaine.

This charge is a misplaced dynamic between me and my
co-defendant Ernest Smith. All drugs that I have ever sold
was purchased and obtained prior to and independant of "any"
would be buyers. I was deemed and named as Ernest Smiths
"supplier". I independantly purchased, owned, and obtained
my drugs prior to sells which in truth makes me a "sole pro-
prietor." No "conspiracy to posses" existed between me and
Ernest Smith, nor intent to distribute. If I am indeed his
supplier and I own my drugs and obtained them seperate and
independant of Ernest Smith the only plausible dynamic any
way connectable and provable would be if he ensnared me in
a "possession with intent to deliver" to him. "Conspiracy
to possess with intent to distribute" must be backed by an
act or effort or atleast consciousness to purchase or ob-
tain the drugs conjointly as well as consensually, and
distribute the same drugs conjointly and consensually. There
is "no" evidence obtained proven or stated by Ernest Smith
or any would be confidential witness to the fact that they
invested money in "my" drug purchases, its only stated that
they obtained drugs from me. So if we are not a "co-op" mu-
tually purchasing and distributing co-owned drugs, how can
I or him "conspire to possess" or mutually intend to distr-
ibute together. To uphold this misplaced charge the prose-
cutor at sentencing went as far as to say Ernest Smith sh-
ared the profits of my drug deal. I refuted this assertion

1

adamantly by saying I have never shared profits with Ernest
Smith or anyone for that matter. Using common sense, why
would anyone who owns the drugs independantly and soley,
share profits with anyone? That is not logical or financially
sound. The only way that I would share profits is if we went
in conjointly and equally in purchasing the drugs as well as
re-selling the drugs, and in that case I would not be the
leader, we would actually be "partners" and co-conspirators
in a co-op mutually purchasing and selling drugs together.
That was not the supporting facts or implications. Ernest
Smith never debriefed, gave statement or evidence saying
to the fact of investing in my drug purchases or us being
partners in purchasing drugs together. So how can "we" con-
spire to possess or why should I share profits from drugs
I own independant of Ernest Smith and anyone else? I owned
homes, businesses, cars etc. My seizers alone might acrued
close to half a million in property and belongings. If I
shared profits with Ernest Smith he would have had a simul-
ance of my notable profits and seizable belongings. I had
businesses and bank accounts, good credit, if I shared pro-
fits with Ernest and we were partners sharing money, we wo-
uld have been business partners as well. Maybe co-owned some-
thing together. I couldn't hide my profits and if Ernest was
getting any of it he would have had "something" to seize or
show for it. I further assert that no where in my discovery
or P.S I. any documented witness Ernest Smith or otherwise
gave a sworn statement, affidavit or debriefing to the fact

2

of knowing my drug supplier or whom I purchased drugs, nor
made statements to the fact of investing seed money for the
purpose of partnering in on any of my drug purchases nor me
"sharing" the profits with them. If nothing in my discovery
or P.S.I. supports any factual basis to those facts how can
the charge of "conspiracy to possess" exist without an act,
effort or discussed or worded intention to jointly obtain
drugs together with a mutual intent to fairly and equally
distribute those same drugs with the purpose in mind to
equally take stock in the residual profit margins? My Dis-
covery and or P.S.I. should support this and it does not.
So was I falsely charged or maybe over charged if no supp-
orting facts are even so much as insinuated in my Discovery
or P.S.I which is suppose to obtain and hold factual basis
for each and every single indicted count.

## Count 2,3,4

I concede these 3 charges beyond refute! I only bring
into question count 3 being considered a violent crime when
both the gun and drugs were found not in my direct reach nor
was the gun ever branished with any intent. It was merely lo-
cated with the drugs. Violence is an aggressive act with the
intent or result to inflict or cause bodily harm. I made no
such intent or had no such result; I never brandished. To ar-
gue the "element" ideology I say this: Drinking of itself is
not illegal nor is being drunk, driving in and of itself is
not illegal, yet you do them conjointly they both become ill-
egal but are not considered a violent crime yet the element to
violence predominantly exist to the result of vehicular homi-
cide and manslaughter charges that result from the 2 being done

3

or found done simultaneously. Yet the charge of violence is held, until the combustion of the 2 result in an act that actually causes bodily harm. Violence isn't presumed when one is found both drunk and driving, though the element and propensity does exist. Yet people both drink and drive yet never commit or escalate the combination into the result or act of vehicular homicide or manslaughter and so get charged by the result of their actions and not the unintended potential of their crime. I argue that one can be found in possession of drugs and gun and not commit an overt act of any kind that would result to the escalation of an actual violent act nor hold a violent intent by merely co-existing. One can still surrender without incident or resist or flea without reaching, brandishing or violently engaging police. I say there exist a 2 point enchancement for the charge without brandishment.

Enhancement Refute:

I clearly refuted my enhancements adamantly. I was never indicted on these charges or elements and therefore never plead or agreed that they were a committed offense or element of my plead to charges. These were not indictable, chargable, or prosecutable offenses or elements or else I would have been served them by my grand jury in the form of an indictment count on my 4 count indictment where I could have had the right excersiced to hve them brought before a grand jury and forecast as a depenable charge in my indictment or brought before a jury and defended in my trial if I so choose or atleast presented in my plea as cognizant guilt.

4

Yet you present and take my plea under oath in one documented form and sentencing scale of charges, then you retranscrible over bonding document with clandestine and concealed charges or elements that one did not plea to under oath, yet changes the sentencing scale while retaining my admission of guilt. As well these new charges of elements carry sentences or time just as lengthly as the indictment charges yet circumvents a **grandjury or indictment process**, outwits elucidation or governing validation before official and judicial implementation. These enhancements and the process in which they are used are not legal. The court, or judicial system is set up with checks and balances. To enter the court arena you must enter through the grandjury, then outside of self admission to what has been elucidated and validated through the grandjury in the form of an indictment that leaves you directly in the hands of a judge, the last recourse is a standing jury or trial in order to find you guilty and sentence you to time for a charge, or element. The enhancement process outwit with no legal standing the grandjury, indictment, original plea agreement under oath, and standing jury or trial process. It denies the defendant his civil rights and constitutional rights. Yet he is sentenced and imprisoned to do time by this process. I received 15 years or enhancements alone. 4 pts for leadership role and 2 pts for obstruction of justice. I broach and rebut each enhancement seperately below.

5

4 point Enhancement for Leadership Role:

I challenge and refute a leadership role or that the co-
urts clearly and sufficiently supported and defined their as-
sertion of Leadership Role. They named 5 people to whom I was
implied to hold a Leadership Role over yet never clearly def-
ined to what end or extent I was to have led them. Out of 5
persons listed to support the 4 point enhancement only 1 of
them was indicted as a co-defendant, further none of the oth-
er 4 faced charges or indictment of any kind and 3 of the 5
are family and have not as much been questions by authorities
or made any sworn statements of any kind. The unindicted 3 of
the 5 names used are not mentioned in my P.S.I. or discovery,
as having any connection to any of my 4 indicted counts. 2
are mentioned in my discovery as having gotten pulled over
coming from my home after I was wanted as a fugitive with be-
longings from my home such as clothing, c.d.'s, and bank rec-
ords. When asked why did they remove these items from my home
they both replied, "I told them to do so." as my discovery, or
P.S.I reads. This was done in general conversation and not a
sworn desposition or affidavit. Yet I ask does that constitute
Leadership Role and to what end? Nothing was done criminal,
prosecution asserted that they were hididng and remaining pote-
ntial evidence, well the potential of those items being evidence
was removed when none of those items led to any criminal charges
or indictment support by way of evidence. Asserts and personal
belongings are civil issues and not criminal unless indictments
derive to support possessing them was a crime. None of the lang-

6

uage in my discovery or P.S.I state or support my influence on all 5 people named was criminal in nature or connects them to my indicted charges. Nor did all 5 people named have any knowledge that their names were used at my sentencing with no supporting evidence outside of the P.S.I. and prosecutes assertion and convenience to enhance my sentence by 10 years with not so much as a sworn statement, affidavit, or diSposition given or written by atleast 3 of the 5 but possibly 4 that would concretely give Credence to support the assertion, and me the defendant something or someone to cross examine and challenge the 4 point assertion or enhancement. I have a right to cross examine any acuser, yet the process did not offer me that right nor them the right to know their names were used to give me more time without their knowledge, concent or supporting sworn statement. Is that not illegal on the highest level. As well, shouldn't the leadership role be applied when the names or people mentioned has a clear cut and defined role in the indictment charges or a direct link to its activity by either evidence clear cut, admission by sworn affidavit or charges themselves to support the governments assertion and not applied for random acts. Shouldn't they have notice or knowledge of the governments use of their name as a weapon, or element to increase someones sentence, and shouldn't they themselves as well as the defendant be given the chance to support or refute the judicial connotation and ramifications deriving from the governments use of their name? To deny them that is illegal and gross negligence on the part of the government, prosecution, sitting judge, and judicial system

as a whole.

2 point Enhancement for Obstruction of Justice:

I refute the idea that I obstructed justice. I fled justice and obtained a Florida I.D. under a different name I would call that identity theft but I never obstructed the investigation of my crime or influenced adversely or otherwise any witnesses I fled prosecution and stole an identity that was with intent to elude justice never was my intent or actions purposefully or otherwise motivation or directed to block, hinder, or get in the way of, prevent or alter the investigation, or process of obtaining justice, I only delayed or attempted to elude "justice" obtaining me. The government argued my fleeing and identity theft was obstruction and I argue obstruction requires a direct act or attempt to influence or alter evidence or witnessess or the court process. The individual or accused person can evade without obstructing or even commit other offenses that in and of itself does not directly alter or influence the standing case or investigation or further impedes justice being served.

Other issues that I asked to be considered by the court:

2 year and 5 months I did not get credit for due to the courts denial to grant me my time in federal custody on writ of habeas corpus. I was on State parole when I caught this Federal charge and subsequently violated my State Parole by catching the drug charge that ultimately went Federal. First the drug charge was filed under state jurisdiction and held there along side my Parole violation while simultaneously

8

being worked and prepped by the State Task Force to prosecute
Federally. The State Task Force is who investigated and deve-
loped every aspect of the case no Federal Agents held any
investigative prowess. State Task force worked directly with
Federal Prosecutor absent any Federal direct supervision to
uphold Federal integrity of investigative procedure and ethics.
In conjunction with the State Task Force and Federal Prosecutor
a sealed indictment was achieved and held until my capture on
April 19, 2007 where I was held and arrested on State charges
of Drug Possession for the same drugs they obtained the federal
sealed indictment. I was also booked in for a Parole Warrent at
the same time. I feel this was done in malice and for extra pun-
ishment for evading them for 10 months because the same State
Task Force are who located me and arrested me knowing they could
book me either way State or Federally because they were acting
as both on my case. Ruffly 40 days after I was arrested the
Feds picked me up from the county jail on writ of Habeas Corpus
and charged me Federally for the same drugs I was charged and
being held on by the State. I remained in federal custody for 14
months before being sentenced to 420 months and released into
state custody where they dropped the drug charge stating I had
been convicted federally and I faced a simple Parole Violation
where I was sent to state prison and achieved my 1st Parole do
to good conduct and such a lengthy pending Federal Sentence.
My Federal Sentence did not start until I made State Parole
and was picked up by the U.S. Marshals. That was 2 years and 5

9

months to be counted toward my 420 months federally. Either by concurrentcy or compassion.

## Jurisdiction Challenge

Subject matter of Jurisdiction:

I assert that unlike counts 2,3 and 4 of my Indictment, count 1 the conspiracy charge requires a Federal Agent to lead the Investigation to establish and enforce Federal Authority, jurisdiction and rule of law. Put simply, a Federal Conspiracy charge requires a Federal Agent to lead the Investigation to establish Federal Jurisdictional prudence.

Conspiracy in and of itself is not a federal law, it can hold State jurisdiction due to a state penal code. Conspiracy doesn't carry federal elements, nor does it by law have a 'flexible disposition'. Its jurisdiction is established by Investigatorial authority during development not post Investigation. Put simply, a Federal Conspiracy Charge must be developed and investigated by a Federal Agent to carry federal Jurisdiction.

The Central Texas Task force were the sole Investigating entity for my charges on both the State and Federal level. There is no Federal Agent Involved in my Investigat. or the development of my charges or evidence. Jerry Digger and John Mossley were the "Lead" Investigators of my case without Liaisonship or proper partnership with a "Lead" Federal Agent or Agency. At no point of the Investigation or gathering of evidence in a 1 year period. Further, they were Allowed to be the sole handlers of the Investigation on Both sides of the jurisdiction line Pre-and-Post Indictment

## Jurisdiction Challenge

without a Federal Agents Accompaniment or oversight, Including All Interviews Pre-and-Post Federal Custody and Indictment. Jerry Dugger and John Mossely were given Sole Authority, unbriddled Access and full spectrum Investigatory power Pre-And-Post Federal Jurisdiction and Indictment.

I assert that Subject Matter of Jurisdiction is not withstanding Federally, And that Count 1 the Conspiracy Charge is a State penal code charge solely Investigated And developed By State Agents of A State Entity. So I now Require Federal Proof of Subject Matter of Jurisdiction.

1) I was never I'd'd By Police as the Driver of the Car, nor was I arrested at the crime scene. It was stated that they put me at the scene by showing a witness a picture of me. At the Time I was 40 pounds heavier than my last Mug shot or Id. picture and I never came Face to Face or within 30 or 40 yards of any potential witness except the Driver who I paid for a Ride Away from the scene. I never read or saw the witnesses statement that put me at the scene, nor was I ever put in a line up. I mentioned this not to prove innocence, but as a factor that might have played a part in why the Feds didn't take the case from the point of my Initial Federal Crime. Guns and Drugs were found at the scene and supposedly linked to Me an Ex-Felon. If that was the case, the ~~Fe~~ Federal element was present "denovo" and the case should have been turned over or presented to the Feds for Jurisdiction and assigned agents to Investigate, unless all factors considered it was declined lacking burden of Proof to Prosecute Me Federally with what they had Initially or they State Investigators purposely withheld knowledge of the case for their own purpose, but something must explain why these state Investigators held and worked a case that held a Federal element Denovo, on a state level for 1 year before turning it over or getting Federal approval of grand Jury and indictment readiness.

2) The Investigation into "me" began after my Police chase And
Fugitive status by way of search, seizure and surveillance
of my Homes and Businesses. The Investigators had no structure
or co-defendants to connect me to. So they built their
structure out of any and all people who showed up to my
home after the fact.

Family and Friends who had nothing to
do with my criminal Activity were harrassed, Identified and
unsubstantiatedly implicated in and with my criminal Activity
for having the gall and Audacity to show up at my home in
an Attempt A unified Attempt to pack my belongings even
after their search and seizure. The Names and People
That they Attached to my crimes, did not come from a
criminal Investigation they came from the names of
my movers! My Co-defendant Ernest Smith became a
suspect for renting the U-Haul that was being used
in the Attempt to pack my home. What crime or
probable cause is derived to substantiated a warrant
to search someones home for renting a U-Haul?
A crime By Ernest Smith had to precede And support
the Search Warrant of his Home shared By his Father
And Brother. My discovery or PSI does not show
or imply Ernest committed any crime prior to
or After renting the U-Haul so how did the Task
Force get from only Knowing him As the Renter of
the U-Haul to Raiding his home Fathers home. Neither
Ernest or My self was there At the time of the

Raid and surviving of the warrant so even my arrest warrant can't support the Raid because I would have had to be seen on site to extend my arrest warrant to search his fathers home. As I've stated Ernest Smith and his Father share the same Name and Address and any warrant had an ambiguis purpose that covered the family and not an individual, because the home was in his fathers name. So I assert that the warrant that was used to search Ernest Smiths home was no good there fore what they found was fruit from a poisonous tree.

3) Ernest had no delivery charge, had not got caught selling drugs and was on the run, so why was the and his family tangetted? A crime has to precede the search warrant! He was not under the or a investigation for drugs or conspiracy prior to warrant.

or poss. 4) After the search warrant, Ernest father and brother was
& Drugs ← arrested. Ernest Smith III was not home at the time. Yet he also subsequently caught a possession & fire arms case as a derivative of a questionably unsubstantiated search warrant of his fathers home and evidence and paper work obtained from that warrant and search which led investigators to a storage in Ernest Smith III's name

5) His Father and Brother were arrested one day prior to the search of the storage for drugs found in his fathers home. Ernest was charged the next day for drugs and weapons found in the storage. Yet was not arrested and remained a fugative.

6) While on fugative status he made contact with Investigator and began to work for them and with them in an attempt to free his then 69 yr. old mentally ill Father, and young Brother. on the State level, developing a Federal Conspiracy with me as a substitute for the Conspiracy between He and His Family. This would take lies, crime and complicit collusion between Ernest Smith III, Investigators and possibly Federal Prosecuters and Judge Walter Smith for I never dealt nor discussed drugs with Ernest Smith nor was I in contact with him on any level after the overnight stay the night of my police chase.

7) To High Light complicit collusion I point out how Investigator changed the chronological order of arrest and events inorder to omitt his Father and Brother from the Conspiracy and Replace me instead. That is a crime and motive for Lies, False Statements and complicit collusion.

8) It would take a far stretch of the imagination or gross negligence and complicit collusion to get any Federal court to prosecute this conspiracy after any legal and Ethical Litmus test.
                    For many conflictions plainly exist. 1) Ernest gave statement that the Storage that he had drugs in was a drop off point between he and I, yet Investigators stated it was recently obtained and

Recorded video proved that only Ernest had frequently accessed the storage. How could that be overlooked when the storage is the Corner Stone of their Conspiracy. I follow with no Phone Records Between Me And Ernest, I didn't Know his # or he mine. How could we conspire And not communicate. As well Ernest remained free for the whole year I was a fugitive, with this pending drug charge and his Father & Brother in custody. He was working for and with Investigators on the State level to omitt his Family on the State Level and Replace them with Me on the Federal Level. That is illegal. State Records Should have Been vetted by Federal Prosecutors Denovo Before choosing to prosecute. Either they Knew or was lied to; crime. For Ernest Families arrest to Be omitted from Federal Records Investigators hid them from Prosecutors and Grandjury, in other words lied with malice intent or Prosecutors and Walter Smith knew and was complicit crime. Or State Investigators lied to Federal Grandjury and with held Information and evidence from Both Federal Prosecutors And Grandjury. Its malice Actions, to prosecute, selective prosecution, gross negligence to due process And several of my constitutional rights have greatly effected my life, mental state, emotional state And Sentence.

```
REGISTER NO: 60682-080     NAME..: WATSON                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: ATL-ATLANTA USP
```

```
-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
ATL  ESL HAS    ENGLISH PROFICIENT       08-17-1994 1005 CURRENT
ATL  GED HAS    COMPLETED GED OR HS DIPLOMA  08-30-1994 0913 CURRENT
```

```
--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION                     START DATE  STOP DATE EVNT AC LV  HRS
ATL       DCU MONEY MANAGEMENT            02-13-2018 CURRENT
ATL       DCU JOB PLACEMENT               02-13-2018 02-13-2018   P  C  P    10
ATL       DENTENTION CENTER PARENTING CL  10-26-2017 10-26-2017   P  C  P    10
ATL       DENTENTION CENTER ANGMGT CLS    10-26-2017 10-26-2017   P  C  P    10
ATL       COMMERICAL DRIVER'S LICENSE     04-24-2017 06-16-2017   P  C  P    16
ATL       SPANISH(BEGINNING)              04-24-2017 06-14-2017   P  C  P    16
ATL       RESUME                          10-04-2016 12-20-2016   P  C  P    16
ATL       ACE BASIC LAW                   07-11-2016 10-24-2016   P  C  P    16
ATL       HEALTH FAIR-HEALTH AWARENESS    10-05-2016 10-05-2016   P  C  P     2
ATL       ACE COMPUTER LAB INTRODUCTION   07-05-2016 09-06-2016   P  C  P    16
ATL       SPANISH(BEGINNING)              07-05-2016 08-31-2016   P  C  P    16
ATL       RESUME                          04-05-2016 06-21-2016   P  C  P    16
ATL       COMMERICAL DRIVER'S LICENSE     04-05-2016 06-15-2016   P  C  P    16
ATL       LEADERSHIP                      01-26-2016 03-01-2016   P  C  P    16
ATL       COMMERICAL DRIVER'S LICENSE     08-31-2015 10-20-2015   P  C  P    16
ATL       STEP BY STEP STUDY LAWN CARE    06-08-2015 08-08-2015   P  C  P    16
ATL       SPANISH(BEGINNING)              06-08-2015 08-08-2015   P  C  P    16
ATL       HOW TO WRITE EFFECTIVE RESUME   04-14-2015 06-10-2015   P  C  P    20
ATL       RESUME                          04-14-2015 05-26-2015   P  C  P    16
ATL       HEALTH FAIR-HEALTH AWARENESS    11-18-2014 11-18-2014   P  C  P     2
ATL       HEALTH FAIR-HEALTH AWARENESS    04-16-2012 06-13-2012   P  C  P     3
ATL       PHYSICAL COND OF JUMP           01-03-2012 02-21-2012   P  C  P    24
ATL       INTRODUCTION TO YOGA            01-03-2012 02-06-2012   P  C  P     2
ATL       RPP5 RELEASE REQUIREMENTS       10-25-2011 10-25-2011   P  C  P     1
LAT       RPP-PERSONAL/GROWTH DEVELOP     05-13-1999 10-15-1999   C  C  P     0
LAT       ADV INTERVIEWING & RESUME       10-12-1999 10-13-1999   P  C  P     3
LAT       PARENTING 1230-230 MON/WED      09-01-1999 10-15-1999   P  C  P    26
LAT       RPP-PERSONAL FINANCE            05-13-1999 09-28-1999   C  C  P     0
LAT       RPP-HEALTH & NUTRITION          05-13-1999 09-01-1999   C  C  P     0
LAT       RPP-SEEKING EMPLOYMENT          05-13-1999 07-08-1999   C  C  P     0
LAT       CAREER GUIDANCE-T.TH            06-15-1999 07-08-1999   P  C  P    16
LAT       REL PREP (HEALTH & NUTRITION)   06-30-1999 06-30-1999   P  C  P     3
LAT       RPP-RELEASE REQUIREMENTS        05-13-1999 05-21-1999   C  C  P     0
SEA       INSTITUTIONAL PRERELEASE CLASS  10-20-1995 10-20-1995   P  C  P     4
SEA DRUG  OFFICE SKILLS 6:00-9:00 P.M.    11-09-1994 12-30-1994   P  C  P   105
SEA DRUG  OFFICE SKILLS 6:00-9:00 P.M.    08-15-1994 11-04-1994   P  C  P   174
SEA       BUILDING CONSTRUCTION V.T.      09-01-1994 09-30-1994   P  C  M   165
```

```
G0002      MORE PAGES TO FOLLOW . . .
```



# United States Penitentiary

## *Florence, Colorado*

### Department of Psychology

Has Awarded

# Kenneth Watson

This Certificate For Completing

## Non-Residential Drug Abuse Treatment Program

On this day, the 25th of Aug 2011

S. Tiphareth
*Drug Treatment Specialist*

J. Zonno, Ph.D
*Drug Abuse Program Coordinator*

© Gartner Studios

WATSON,KENNETH ERIC              TDC:01083576 SID:04357146 UNIT: P2
                                 HOUSING/BED:      A04    028

*PRJ-REL-DATE:        07 25 2009    MAX-EXP-DATE:     04 23 2012
*INMATE STATUS:       S3 W         MAX TERM:          8 00 00


 FLAT  TIME CREDITED:    4 11 09   CALC BEGIN DATE:  08 02 2001
 GOOD  TIME CREDITED:    1 03 19   TDC RECEIVE DATE: 02 26 2002
 BONUS TIME CREDITED:    0 00 00   GOOD TIME LOST:          0
 WORK  TIME CREDITED:    0 11 21   WORK TIME LOST:          0
*TOTAL TIME CREDITED:    7 02 19


*STATUS EFFECT  DATE: 03 30 2009   JAIL GOOD TIME RECEIVED: YES

DEC:          QCC:


*TIME CALCULATIONS DO NOT INCLUDE ABSENCES FOR CURRENT MONTH
PAROLE DATA: SUBMITTED FOR BOARD REVIEW

Kenneth C. Watson #60683-080
P.O. Box 150160 USP ATL
Atlanta Ga. 30315

Judge: Pittman, Robert
c/o/Clerk, U.S. District court
Western District of Texas
501 W. 5th Street, Suite 1100
Austin, Texas 78701