IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| KENNETH ERIC WATSON | § | |
| | § | |
| V. | § | W-07-CR-107(1)-ADA |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Before the Court is Kenneth Eric Watson's "Motion for Relief on New Grounds, New and Withheld Evidence, Gross Negligence, IAC, Judicial and Prosecutorial Bias and Malice, Any and All Applicable Grounds and Motions of Relief, Reduction, Vacate and Remanding, as Well, New Hearing that This Motion, Accusation, Evidence and Facts Support By Law or Fair Consideration, Rather Plainly Stated or Judicially Interpreted" [#99]. Watson appears to be seeking post-judgment relief not related to a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255. To that extent, the Court lacks jurisdiction over his motion. In the event Watson intended to seek relief pursuant to a § 2255 motion, he may do so by resubmitting his claims on the forms for filing a § 2255 motion.

It is therefore **ORDERED** that Kenneth Eric Watson's "Motion for Relief on New Grounds . . ." [#99] is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction and without prejudice to filing a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.

It is further **ORDERED** that the Clerk shall send Watson the proper forms for filing a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.

**SIGNED** on November 26, 2018

                                                ALAN D ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE